UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MEDICAL MUTUAL INSURANCE )<br>COMPANY OF NORTH CAROLINA, )<br>Defendant. ) | **JUDGMENT**<br>No. 5:14-CV-295-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS plaintiff's motion for summary judgment [D.E. 15] and DENIES defendant's motion for summary judgment [D.E. 17]. The clerk shall close the case.

**This Judgment Filed and Entered on January 27, 2015, and Copies To:**

| | |
|---|---|
| Daniel J. Standish | (via CM/ECF Notice of Electronic Filing) |
| John E. Barry | (via CM/ECF Notice of Electronic Filing) |
| Joseph W. Eason | (via CM/ECF Notice of Electronic Filing) |
| R. Steven DeGeorge | (via CM/ECF Notice of Electronic Filing) |

DATE                                **JULIE RICHARDS JOHNSTON, CLERK**
January 27, 2015                    /s/ Courtney O'Brien
                                    (By) Courtney O'Brien, Deputy Clerk