**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO. 5:14-CV-295-D**

| | |
|---|---|
| **GREENWICH INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MEDICAL MUTUAL INSURANCE COMPANY OF NORTH CAROLINA,**<br><br>**Defendant.** | **NOTICE OF APPEAL TO THE UNITED STATE COURT OF APPEALS FOR THE FOURTH CIRCUIT FROM THE ORDER ENTERED ON JANUARY 27, 2015** |

Defendant Medical Mutual Insurance Company of North Carolina ("Medical Mutual") in the above named case, hereby gives notice of its appeal to the United States Court of Appeals for the Fourth Circuit from the Order of the United States District Court for the Eastern District of North Carolina entered on January 27, 2015 denying Defendant's Motion for Summary Judgment, and granting Plaintiff's Motion for Summary Judgment.

This 29th day of January, 2015.


/s/ R. Steven DeGeorge
R. Steven DeGeorge
N.C. Bar No. 20723

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.8380
Facsimile: 704.373.3980
sdegeorge@rbh.com

*Attorneys for Defendant*
*Medical Mutual Insurance*
*Company of North Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and served the foregoing with the Clerk of Court using the CM/ECF system, which shall send service to all counsel of record as follows:

**Daniel J. Standish**
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
202-719-7130
Fax: 202-974-1407
Email: dstandish@wileyrein.com

**John E. Barry**
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
202-719-7239
Fax: 202-719-7049
Email: jbarry@wileyrein.com

**Joseph W. Eason**
Nelson Mullins Riley & Scarborough, LLP
P. O. Box 30519
Raleigh, NC 27622-0519
919-877-3809
Fax: 877-3140
Email: joe.eason@nelsonmullins.com

This 29th day of January, 2015.

/s/ R. Steven DeGeorge
R. Steven DeGeorge
N.C. Bar No. 20723

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.8380
Facsimile: 704.373.3980
sdegeorge@rbh.com